IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR19

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | <u>O R D E R</u> |
| ) | |
| TOMAS ALEGRIA FACUNDO ) | |

**THIS MATTER** is before the Court *sua sponte*.

Because the age of the Defendant is still in controversy, the Court will hold a hearing to determine whether or not this case may proceed to trial or plea. The parties shall produce any relevant documentation and/or witness testimony regarding the Defendant's age.

**IT IS, THEREFORE, ORDERED** that this matter will be heard on **MONDAY, JULY 9, 2007, AT 9:00 AM.**

Signed: July 5, 2007

Lacy H. Thornburg
United States District Judge